IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  11-cv-03269-CMA-MJW

ANDREW L. SIMMERING,

Plaintiff(s),

v.

NCB MANAGEMENT SERVICES, INC., a Pennsylvania corporation,

Defendant(s).

## MINUTE ORDER

　　Based upon the Notice of Settlement (docket no. 7), it is hereby ORDERED that the Rule 16 Scheduling Conference set before Magistrate Judge Watanabe on February 27, 2012, at 9:30 a.m. is VACATED.

　　It is FURTHER ORDERED that the parties shall file their they Stipulated Motion to Dismiss with this court on or before January 31, 2012 or show cause why this case should not be dismissed.

Date:  January 19, 2012